IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN THOMAS OLSEN, | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| v. | : |
| | : NO. 17-2871 |
| ANDREW SAUL, | : |
| COMMISSIONER OF THE | : |
| SOCIAL SECURITY ADMINISTRATION[1], | : |
| | : |
| Defendant. | : |

### ORDER

AND NOW, this 27th day of October, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 11); Defendant's Response to Request for Review of Plaintiff (ECF No. 15); Plaintiff's Brief in Reply (ECF No. 16); Plaintiff's Combined Motion to Remand and Brief (ECF No. 20); Defendant's Response to Plaintiff's Combined Motion to Remand and Brief (ECF No. 22); and Plaintiff's Reply to SSA's Response (ECF No. 23); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated July 17, 2020, **IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;
2. the relief sought by Plaintiff is **GRANTED** in part as described below; and
3. the case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.

---

[1] Andrew M. Saul became the Commissioner of Social Security in June 2019. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as a party in place of Nancy A. Berryhill, who was Acting Commissioner from January 23, 2017 through June of 2019.